IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/WATERLOO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12-MJ-131 |
| | ) | |
| vs. | ) | |
| | ) | |
| RUSSELL WASENDORF, SR., | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
JUL 1 1 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

**ORDER SEALING CRIMINAL COMPLAINT AND WARRANT**

For cause, it is

ORDERED

That the Criminal Complaint and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 11th day of July, 2012.

_____
JON STUART SCOLES
Chief Magistrate Judge
UNITED STATES DISTRICT COURT