AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

United States of America
v.
RUSSELL WASENDORF, SR.
*Defendant*

Case No. 12-MJ-131

RECEIVED
JUL 1 1 2012
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RUSSELL WASENDORF, SR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
making and using false statements in a matter within the jurisdiction of the Government of the United States.

Date: 07/11/2012

*Issuing officer's signature*

City and state: Cedar Rapids, IA  **Suspect arrested by** JON STUART SCOLES, Chief Magistrate Judge
*Printed name and title*

**FBI**
Agency Name

### Return

This warrant was received on *(date)* 7/13/2012 in the Northern District of , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

US ... Signature

*Printed name and title*