# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

### CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA | | **HEARING MINUTES** | Sealed: | No |
|---|---|---|---|---|
| Plaintiff(s) | | Case No.: | 1:12-MJ-131 | |
| vs. | | Presiding Judge: | JON S. SCOLES, Chief Magistrate Judge | |
| RUSSELL WASENDORF, SR. | | Deputy Clerk: | Paul Coberly | |
| Defendant(s) | | Court Reporter: | -- Contract? | -- |
| | | | (If yes, send copy to financial) | |
| | | Recording: Yes | Method: | FTR Gold |

| Date: | 7/13/2012 | Start: | 4:02 PM | Adjourn: | 4:08 PM | Courtroom: | 2, Building B |
|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | -- | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Peter E. Deegan, Jr. and AUSA Matthew J. Cole |
|---|---|---|
| | Defendant(s): | personally, and represented by Jill M. Johnston (this hearing only) |
| | U.S. Probation: | Michael Brogla |
| | Interpreter: | --   Language: --   Certified: --   Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **ARRAIGNMENT:** | | AND/OR | INITIAL APPEARANCE: | X | |

| Date of indictment: | Complaint filed on 7/11/2012 | | | | |
|---|---|---|---|---|---|
| Was defendant *Mirandized*? | Yes | | | | |
| Defendant pleaded | -- | | | | |
| Counsel: | Retained: | X | or   Appointed: | FPD/Other: | Thomas Breen |
| Stipulation to discovery plan? | -- | Did defendant provide financial affidavit? | | -- | |
| Did the government move for detention? | Yes | Was the defendant detained? | | Yes | |
| Was a detention hearing set? | Yes | Date: | 7/18/2012 **2:30 PM** | | |
| Was a trial date set? | -- | Date: | -- | | |
| **Witness/Exhibit List is** | N/A | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | | |
|---|---|---|
| | **Miscellaneous:** | Defendant states his full name as Russell **Ralph** Wasendorf, Sr.  Defendant indicates he has hired Thomas Breen, an attorney from Chicago, to represent him.  Court explains to Defendant the process in which this matter will proceed.  Preliminary hearing set for 7/18/2012 at 2:30 PM. |