AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. 12-MJ-131 | |
| Russell Wasendorf, Sr. | ) | |
| Defendant | ) | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A HEARING

☒ Preliminary Hearing

☒ Detention Hearing

☐ Bond Revocation Hearing

☐ _____

| | | | |
|---|---|---|---|
| Place: | United States District Courthouse<br>Courtroom 2/Building B<br>4200 C Street SW<br>Cedar Rapids, Iowa 52404 | Before Judge: | JON STUART SCOLES |
| | | Date and Time: | July 18, 2012 at 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the Defendant is to be detained in the custody of the United States Marshals Service or any other authorized officer. The custodian must bring the Defendant to the hearing at the time, date, and place set forth above.

Date:  July 13, 2012

_Judge's signature_

JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
_Printed name and title_