IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

RUSSELL WASENDORF, SR.,

           Defendant.

Case No. 12-MJ-131

ORDER REGARDING APPOINTMENT OF COUNSEL

THIS MATTER COMES BEFORE THE COURT FOR ATTENTION.

1. **THE COURT FINDS:** [*Check one*]

   - [x] The Defendant is charged with a felony or with a misdemeanor other than a petty offense.
   - [ ] The Defendant is charged with civil or criminal contempt and faces loss of liberty.
   - [ ] The Defendant is charged with a violation of probation, or faces a change of a term or condition of probation; the Defendant is entitled to appointment of counsel in parole proceedings; or the Defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release.
   - [ ] The Defendant is in custody as a material witness.
   - [ ] The Defendant has been called as a witness before a grand jury.

   AND/OR

   - [ ] The Defendant is a target of a federal criminal investigation.

2. **IT IS HEREBY ORDERED:** [*Check one*]

   - [x] The Federal Public Defender is appointed to represent the Defendant. (Jane Kelly)
   - [ ] CJA Panel Attorney _____ is appointed to represent the Defendant.
   - [ ] If no CJA Form 23 Financial Affidavit has been submitted to the Judicial Officer with this Order, counsel appointed herein shall submit a completed CJA Form 23 to the Judicial Officer issuing this Order within five (5) days from the date the Order is entered. The appointment of counsel herein is subject to the Defendant satisfying the Court of the Defendant's qualification for court-appointed counsel under 18 U.S.C. § 3006A.
   - [ ] Defendant's request for court-appointed counsel is **DENIED**.

3. [*Check if applicable*]

   - [x] IT IS FURTHER ORDERED that the Defendant ~~shall pay $_____ per month to the Clerk of the United States District Court to partially defray the costs of this representation, until a total of $_____ is paid.~~ *May be required to repay the cost of defense at a later time.* The first payment to the Clerk of Court shall be made by _____. Subsequent monthly payments shall be made by the ____ of each month. If the Defendant's financial circumstances change significantly, the Defendant may file an amended financial affidavit, and the Court will consider whether the payment plan should be changed.

DATED this 17th day of July, 2012.

                                                JON STUART SCOLES
                                                CHIEF MAGISTRATE JUDGE
                                                NORTHERN DISTRICT OF IOWA