IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> RUSSELL WASENDORF, SR.,  ) <br>  ) <br> Defendant.  ) | 12-MJ-131 <br><br> *UNRESISTED* MOTION TO CONTINUE PRELIMINARY HEARING AND HEARING ON GOVERNMENT'S MOTION FOR DETENTION |

Russell Wasendorf, Sr., through counsel, respectfully moves to continue the preliminary hearing and hearing on the government's motion for detention, and states in support as follows:

1. Russell Wasendorf, Sr., appeared in this court on July 13, 2012, for an initial appearance on a criminal complaint. At that time, the government moved to detain Russell Wasendorf, Sr., pending resolution of this matter. The court scheduled a hearing on the government's motion for detention for July 18, 2012, at 2:30 p.m. The court also scheduled a preliminary hearing for the same date and time.

2. On July 17, 2012, the court appointed the Federal Public Defender to represent Russell Wasendorf, Sr.

3. Given the recent appointment of counsel, Russell Wasendorf, Sr., respectfully submits he needs additional time to prepare for the preliminary hearing and detention hearing.

4. Assistant United States Attorney Peter Deegan has no objection to the requested continuance.

For the above stated reasons, Defendant Russell Wasendorf, Sr., respectfully moves to continue the preliminary hearing and hearing on the government's motion for detention to a later date.

        FEDERAL DEFENDER'S OFFICE
        320 Third Street SE
        Suite 200
        Cedar Rapids, IA  52401-1542
        TELEPHONE: (319)  363-9540
        TELEFAX: (319) 363-9542

        BY:/*/: Jane Kelly
        JANE KELLY
        jane_kelly@fd.org
        ATTORNEY FOR DEFENDANT,
        RUSSELL WASENDORF, SR.

cc    U.S. Attorney's office
      U.S. Probation office

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:    ( x )  electronic filing

2. Date served:    July 18, 2012

I declare that the statements above are true to the best of my information, knowledge, and belief.

By: /s/ A. McClain