IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL WASENDORF, SR.,<br><br>Defendant. | No. 12-mj-131<br><br>ORDER RESCHEDULING<br>PRELIMINARY HEARING AND<br>DETENTION HEARING |

This matter comes before the Court on the Unresisted Motion to Continue Preliminary Hearing and Hearing on Government's Motion for Detention (docket number 13) filed by the Defendant on July 18, 2012. Because Defendant's counsel was recently appointed, Defendant requests "additional time to prepare for the preliminary hearing and detention hearing." According to the motion, counsel for the Government "has no objection to the requested continuance. The Court finds the motion should be granted.

ORDER

IT IS THEREFORE ORDERED that the Motion to Continue (docket number 13) filed by the Defendant is **GRANTED**. The preliminary hearing and detention hearing currently scheduled for July 18, 2012 are **RESCHEDULED** for **July 27, 2012** at **10:00 a.m.** at the United States District Courthouse, Courtroom 2/Building B, 4200 C Street SW, Cedar Rapids, Iowa, before the Honorable Leonard T. Strand.

DATED this 18th day of July, 2012.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA