IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 12-MJ-131 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *UNRESISTED* MOTION TO |
| | ) | CANCEL HEARING ON |
| RUSSELL WASENDORF, SR., | ) | GOVERNMENT'S MOTION FOR |
| | ) | DETENTION AND WAIVER OF |
| Defendant. | ) | PRELIMINARY HEARING |

Russell Wasendorf, Sr., through counsel, respectfully moves to cancel the hearing on the government's motion for detention and waives his right to a preliminary hearing. In support, he states as follows:

1. Russell Wasendorf, Sr., appeared in this court on July 13, 2012, for an initial appearance on a criminal complaint. At that time, the government moved to detain Russell Wasendorf, Sr., pending resolution of this matter. A hearing on the government's motion and the preliminary hearing are currently scheduled for July 27, 2012, at 10:00 a.m.

2. Defendant now moves to cancel the currently scheduled detention hearing, and he respectfully reserves the opportunity to request a detention hearing at a later date.

3. Defendant waives his right to a preliminary hearing.

4. Assistant United States Attorney Peter Deegan has no objection to this motion.

For the above stated reasons, Defendant Russell Wasendorf, Sr., waives his right to a preliminary hearing, and he moves to cancel the currently scheduled hearing on the government's motion for detention, respectfully reserving the right to request a hearing on the government's motion for detention on a later date.

> FEDERAL DEFENDER'S OFFICE
> 320 Third Street SE
> Suite 200
> Cedar Rapids, IA  52401-1542
> TELEPHONE: (319)  363-9540
> TELEFAX: (319) 363-9542
>
> BY:/// Jane Kelly
> JANE KELLY
> jane_kelly@fd.org
> ATTORNEY FOR DEFENDANT,
> RUSSELL WASENDORF, SR.

cc    U.S. Attorney's office
      U.S. Probation office

**Certificate of Service**

I served a copy of this document on the attorneys of record of all parties as follows:

1. Method of service:    ( x )  electronic filing

2. Date served:    July 26, 2012

I declare that the statements above are true to the best of my information, knowledge, and belief.

By:  /s/ A. McClain